**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00272-CR

**VALENTIN CARUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63142-U**

## ORDER

Appellant's brief was filed on December 8, 2014 by previous counsel Lori Ordiway. Thereafter, Ms. Ordiway was permitted to withdraw as counsel and Allan Fishburn was appointed to represent appellant. The Court now has before it the February 17, 2015 motion of Mr. Fishburn to strike the appellant's brief filed by Ms. Ordiway and to allow Mr. Fishburn to file a different brief. Mr. Fishburn does not state the date by which a new brief would be filed.

We **GRANT** the motion and **STRIKE** the appellant's brief filed on December 8, 2014. We **ORDER** Mr. Fishburn to file appellant's brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE